UTTERBACK-GLEASON COMPANY, Respondent, *v.* THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Appellant.

*Insurance — action to recover on policy of indemnity insurance — defense that plaintiff had failed to comply with terms of policy and had conspired to suppress evidence in action against it.*

*Utterback-Gleason Co.* v. *Standard Acc. Ins. Co*, 193 App. Div. 646, affirmed.

(Argued March 3, 1922; decided March 21, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1920, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.  The action was brought by the plaintiff against defendant under a policy or contract of insurance issued by defendant to plaintiff on March 15, 1916, to reimburse plaintiff for the sum of $2,695.52, the amount of a judgment and costs recovered against plaintiff in the Maine Supreme Court in an action brought by one Caroline T. Willey against plaintiff for damages resulting from a collision between an automobile owned by plaintiff and operated by its president, John G. Utterback, and an automobile owned and operated by one Pearl G. Willey, husband of the said Caroline T. Willey.  Defendant under its policy was obligated to defend the plaintiff in such action and in case of an adverse judgment against plaintiff to indemnify plaintiff

up to the sum of $5,000 in one case or $10,000 in all cases. As a defense to plaintiff's claim, defendant alleged that the plaintiff failed to comply with certain of said conditions set forth in the policy and also that the plaintiff conspired with others in suppressing evidence, which otherwise might have been used to the advantage of the defense on the trial of the Caroline T. Willey action, and as a result the defendant is relieved from reimbursing the plaintiff for any loss which it has sustained in paying the said judgment recovered by Caroline T. Willey against the plaintiff.

*Neile F. Towner* for appellant.

*P. C. Dugan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.